UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKAMA NATION LAND ENTERPRISE,<br><br>      Plaintiff,<br><br>   v.<br><br>JACOB BAKER, ROBERT BROYLES and INTEGRATED ENDEAVORS, LLC d/b/a ColozAZ, d/b/a/ Citywidehost, d/b/a RemarkableTEK,<br><br>      Defendants. | No. 1:16-cv-03090-SAB<br><br>**ORDER OF DISMISSAL** |

The parties indicate they have settled the above-captioned cause of action and ask that the action be dismissed with prejudice and without costs or fees to any party, ECF No. 21.

Accordingly, **IT IS HEREBY ORDERED**:

1. All claims and counterclaims asserted in the above-captioned action are **dismissed** with prejudice and without costs or fees to any party.

2. The above-captioned action is **dismissed**.

///

///

///

**ORDER OF DISMISSAL ~ 1**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and close the file.

**DATED** this 20th day of December 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** ~ 2